EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Lcdo. Jesús M. Pérez Félix | 2002 TSPR 126 <br><br> 157 DPR \_\_\_\_ |

Número del Caso: TS-6344

Fecha: 23/septiembre/2002

Colegio de Abogados de Puerto Rico:
                    Lcda. Sheila I. Vélez Martínez
                    Directora Ejecutiva


Abogado de la Parte Querellada:
                    Por Derecho Propio


Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Lcdo. Jesús M. Pérez Félix

TS 6344

Sala de Verano integrada por el Juez Presidente señor Andréu García y los Jueces Asociados señores Fuster Berlingeri, Corrada del Río y Rivera Pérez

RESOLUCION

San Juan, Puerto Rico, a 23 de septiembre de 2002

Examinada la "Moción Informativa y para Solicitar Reinstalación de Abogado" presentada por el Sr. Jesús M. Pérez Félix, así como la "Moción en Contestación a Resolución" presentada por el Colegio de Abogados de Puerto Rico, se accede a lo solicitado y se autoriza su reinstalación al ejercicio de la profesión, previo el cumplimiento de los trámites necesarios para ello.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo